UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**NICHOLA FORRESTER,**
        Plaintiff,

    v.                              CIVIL ACTION NO. 18-10305-LTS

**JEFFREY SILVER, CHRISTOPHER WILLIAM WASHINGTON, and BETH ISRAEL HOSPITAL**
        Defendants.

## ORDER

**SOROKIN, D.J.**

On March 26, 2018, the Court ordered plaintiff to file an amended complaint by April 16, 2018. Forrester was warned that failure to comply with the order could result in dismissal of this action. Forrester has failed to file an amended complaint or seek an extension of time to comply with the order. Accordingly, this action is hereby <u>DISMISSED</u> without prejudice for failing to comply with the Court's March 26, 2018 Order.

SO ORDERED.
DATED: April 24, 2018                    /s/ Leo T. Sorokin
                                                    UNITED STATES DISTRICT JUDGE